NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

REGINALD ETIENNE,                                )
                                                 )
            Appellant,                           )
                                                 )
v.                                               )        Case No. 2D16-1825
                                                 )
STATE OF FLORIDA,                                )
                                                 )
            Appellee.                            )
                                                 )
_____ )

Opinion filed April 20, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter and Ramiro
Mañalich, Judges.

Reginald Etienne, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and BLACK, JJ., Concur.